*Translated from Lithuanian*

## CHIEF POLICE DEPARTMENT OF ŠIAULIAI CITY
## ORGANISED CRIME INVESTIGATION SERVICE OF CRIMINAL POLICE
Code: 9052164, Aušros al. 19, LT-76299 Šiauliai, tel.: +370 41 397565, fax: +370 41 397617

To: Law Enforcements
of the United States of America                    29.03.2004

**REQUEST FOR LEGAL ASSISTANCE IN CRIMINAL CASE No. 40-1-367-03**

The Chief Police Department of Šiauliai city is conducting pretrial investigation in a criminal case No.40-1-367-03, brought under the evidence of a crime, provided by the Article 214 of the Criminal Code of the Republic of Lithuania, on 30 May 2003.

**Article 214 of the Criminal Code of the Republic of Lithuania.** *Production or illegal disposition of false payment instruments, assigned for settlement other than cash.*

A person who makes, acquires, keeps or realises a false or counterfeit payment instrument, or uses the same for initiation of a financial operation, or makes, acquires, keeps or realises an equipment for production of false payment instruments or their parts or for counterfeit of true payment instruments, or steals or acquires, keeps, realises or uses otherwise a borrowed payment instrument for initiation of a financial operation,
shall be punished by a fine or detention, or imprisonment for a term of up to 6 years.

In the criminal case No. 40-1-367-03 of pretrial investigation it was established that on 22 May 2003 counterfeit payment cards belonging to the USA banks were used while paying for various goods in the stores of Šiauliai city. It was paid by a counterfeit payment card No. EC/MC No. ▮▮▮▮▮▮▮▮▮▮▮ of the US bank STAR PROCESSING INC., as follows:
at 3.56 p.m. in a store "Pagunda" (Vilniaus St. 130, Šiauliai),
at 4.43 p.m. in a store "999" (Vilniaus St. 233, Šiauliai).
A person, who provided a passport of citizen of the Republic of Latvia, issued under the name of Kaspar Orups purchased goods for the amount of 4990,00 Litas in the aforementioned shops.

It was paid by a counterfeit payment card No. EC/MC No. ▮▮▮▮▮▮▮▮▮▮▮ of the US bank SEARS NATIONAL BANK, as follows:
at 4.21 p.m. in a store "Santimas" (Vilniaus St. 193, Šiauliai).
A person, who provided a passport of citizen of the Republic of Latvia, issued under the name of Andrej Roze purchased goods for the amount of 1007,00 Litas in the aforementioned shop.

In order to fully and thoroughly investigate the circumstances of the aforementioned crimes, it is necessary to establish holders of the payment cards belonging to the US

banks, i.e. the payment card No. EC/MC No. ▊▊▊▊▊▊▊ of the US bank STAR PROCESSING INC. and the payment card No. EC/MC No. ▊▊▊▊▊▊▊ of the US bank SEARS NATIONAL BANK, their places of residence as well as to interrogate them.

Following the Art. 66 of the Criminal Code of the Republic of Lithuania and treaties for legal assistance and legal liaison between the states, we kindly request:

- to establish persons of holders of the payment cards belonging to the US banks, i.e. the payment card No. EC/MC No. ▊▊▊▊▊▊▊ of the US bank STAR PROCESSING INC. and the payment card No. EC/MC No. ▊▊▊▊▊▊▊ of the US bank SEARS NATIONAL BANK as well as their places of residence.
- upon establishment of such persons, to interrogate them, whether in 2003 they had not lost the aforementioned bank cards and if so, under which circumstances; if they had never lost their cards, who, in their opinion, and how, could perform illegal payment operations in the stores of Šiauliai city on 22 May 2003, after making use of the information contained in such cards; whether any losses incurred to such persons with regard to the latter illegal payment operations; whether they require to conduct pretrial investigation of such criminal acts; if so, did they make a civil claim in the criminal case and for what amount;
- to interrogate employees working in the banks STAR PROCESSING INC. and SEARS NATIONAL BANK, whether these cards were blocked, if so, when and on what basis;
- to interrogate employees working in the banks STAR PROCESSING INC. and SEARS NATIONAL BANK, whether any losses incurred to these banks with regard to illegal payment operations for the goods in the stores of Šiauliai city on 22 May 2003; whether they require to conduct pretrial investigation of such criminal acts; if so, did they make a civil claim in the criminal case and for what amount; who as a delegated person would represent interests of these banks in this criminal case.

Head interrogator       /signature/        Lalita Lukšienė
1st Department

*The translator has been warned against false translations in accordance with p.1 of Art.235 of the Code of Criminal Law of the Republic of Lithuania.*
*Translated by Virginija Žukauskienė*
*Vilniaus 123*
*76294 Šiauliai*
*Lithuania*
*Tel./fax: +370 41 430795*

[Stamp: LIETUVOS RESPUBLIKA — VERTIMŲ BIURAS "KALBŲ SPEKTRAS" TRANSLATIONS BUREAU — REPUBLIC OF LITHUANIA] /signature/